1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VALENTINA MAXWELL,                        No.  2:14-cv-2772 TLN CKD PS

12              Plaintiff,

13        v.                                   ORDER

14   EIRC HOLDER, JR., et al.,

15              Defendant.

16

17        Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to

18   28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by

19   Local Rule 302(c)(21).

20        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable

21   to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma

22   pauperis will be granted.  28 U.S.C. § 1915(a).

23        In this action, plaintiff alleges that defendants have failed to make a determination on her

24   application for naturalization within 120 days of her examination by an officer of the United

25   States Citizenship and Immigration Services.  Plaintiff requests a hearing before the District

26   Court under 8 U.S.C. § 1447.  Based on the allegations of the complaint, it appears this court has

27   subject matter jurisdiction over plaintiff's claim.

28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted;

2. Within 120 days from the date of this order, plaintiff shall serve defendants pursuant to Federal Rule of Civil Procedure 4(i) and shall file the affidavit of service required under Federal Rule of Civil Procedure 4(l).  Failure to timely serve defendants may result in a recommendation that the action be dismissed.

Dated:  December 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 maxwell.ifp.ser