UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA MAXWELL, | No. 2:14-cv-2772 TLN CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| ERIC HOLDER, JR., et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated: February 10, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Maxw2772.rec