UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA S. MAXWELL,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>Defendants. | No. 2:14-cv-02772-TLN-AC<br><br><br><br>ORDER |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On April 6, 2015, defendants requested that the court continue its April 15, 2015, hearing on defendants' motion to dismiss and plaintiff's motion for summary judgment to May 6, 2015. ECF No. 28. Defendants cited a conflict with another case, Alabed v. Crawford, 2:13-cv-2006 SKO, in which they have a hearing currently scheduled for April 15, 2015. Id. Good cause appearing, the request will be granted. Accordingly, THE COURT HEREBY ORDERS its April 15, 2015, hearing on defendants' motion to dismiss and plaintiff's motion for summary judgment continued to May 6, 2015.

DATED: April 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE