UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA S. MAXWELL,<br><br>Plaintiff,<br><br>v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>Defendants. | No. 2:14-cv-02772 TLN AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding pro se, and the action is accordingly referred to the undersigned for pre-trial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). This is an immigration case in which plaintiff has filed a complaint challenging an alleged delay in the adjudication of her naturalization application under 8 U.S.C. § 1447(b). ECF No. 1 at 1. On March 2, 2015, defendants brought a motion to dismiss (ECF No. 17), which this court granted. ECF Nos. 32, 44. On June 15, 2018, the U.S. Court of Appeals Ninth Circuit issued a memorandum decision reversing dismissal and remanding the case for further proceedings. ECF No. 50. A status conference was held before the undersigned on July 25, 2018, with all parties present. ECF No. 54. At the status conference, plaintiff confirmed that she wishes to maintain her two pending motions: a motion for permanent injunction (ECF No. 42), which has not been briefed, and a motion for summary judgment (ECF No. 22), which has been briefed. Defendants informed the

////

1

court that they intend to bring a second dispositive motion.  The court informed the parties that it would set a briefing schedule for the pending and anticipated motions.

Accordingly, the court ORDERS as follows:

1. A hearing on defendants' anticipated dispositive motion is set for November 7, 2018, at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire.  In accordance with Local Rule 230, defendants' motion shall be filed no later than October 10, 2018, and plaintiff's response shall be due no later than October 24, 2018.
2. Plaintiff's motion for a permanent injunction (ECF No. 42) will be heard concurrently with defendants' motion on November 7, 2018.  In accordance with Local Rule 230, defendants' response shall be due no later than October 24, 2018, and plaintiff's optional reply shall be due no later than October 31, 2018.
3. Plaintiff's motion for summary judgment (ECF No. 22) is RESTORED to calendar, and will also be heard on November 7, 2018.  Though the matter is fully briefed, the parties are granted leave to file optional supplemental briefs.  Both plaintiff and defendant may file supplemental briefing on this matter no later than October 31, 2018.

IT IS SO ORDERED.

DATED:  July 25, 2018.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE