UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA S. MAXWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC H. HOLDER, JR., et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-02772-TLN-AC<br><br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 26, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to defendants that any objections to the findings and recommendations were to be filed within ten days. (ECF No. 55.) Defendants have not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

///

1

1. The findings and recommendations filed July 26, 2018, are ADOPTED in full;
2. Defendants' motion to dismiss (ECF No. 17) is DENIED.

Dated: September 13, 2018

Troy L. Nunley
United States District Judge