UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTINA S. MAXWELL, | No. 2:14-cv-2772 TLN AC PS |
| Plaintiffs, | |
| v. | ORDER |
| ERIC H. HOLDER, JR., et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).

On September 27, 2018, defendants filed a motion to dismiss, which focused almost entirely on dismissal but sought remand in the alternative. ECF No. 59. Plaintiff filed an opposition focusing on the issue of dismissal. ECF No. 60. In reply, defendants withdrew their request for dismissal and focused instead on their request for remand. ECF No. 62. In order to provide plaintiff an adequate opportunity to respond as to the issue of remand, the court will re-set the hearing date and provide for further briefing.

Accordingly, IT IS HEREBY ORDERED that plaintiff may file a responsive brief on the issue of remand only no later than November 7, 2018. The hearing currently set for November 7,

////

////

1

2018 is hereby VACATED and RE-SET on November 14, 2018 at 10:00 AM before Magistrate Judge Allison Claire.

IT IS SO ORDERED.

DATED: November 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE